

# THE STATE OF TEXAS
## MANDATE

TO THE 170TH DISTRICT COURT OF MCLENNAN COUNTY, GREETINGS:

Before the Court of Appeals for the Sixth Court of Appeals District of Texas, on the 24th day of September, A.D. 2015, the cause upon appeal to revise or reverse your Judgment was determined; and therein our said Court made its order in these words:

| | |
|---|---|
| Lowell Merritt, Appellant | No. 06-15-00047-CV |
| v. | Trial Court No. 2015-2602-4 |
| James Andrews, Appellee | |

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We further order that the appellant, Lowell Merritt, pay all costs of this appeal.

WHEREFORE, WE COMMAND YOU to observe the order of our said Court in this behalf, and in all things to have it duly recognized, obeyed, and executed.

WITNESS, the Hon. Josh R. Morriss, III, Chief Justice of our said Court of Appeals, with the seal thereof annexed, at the City of Texarkana, this the 28th day of December, A.D. 2015.

DEBRA K. AUTREY, Clerk